S. Michael Song (State Bar No. 198656)
michael.song@dechert.com
Ryan T. Banks (State Bar No. 318171)
ryan.banks@dechert.com
DECHERT LLP
3000 El Camino Real, Suite 650
Palo Alto, CA 94306
Telephone:     +1 650 813 4800
Facsimile:      +1 650 813 4848

*[Additional counsel listed on signature page]*

Attorneys for Plaintiffs
MICROSOFT CORPORATION
and MICROSOFT LICENSING, GP

Lei Mei (State Bar No. 240104)
mei@meimark.com
Laurence Sandell (State Bar No. 262186)
lsandell@meimark.com
P.O. Box. 65981
Washington, DC 20035-5981
Telephone:     888-860-5678
Facsimile:      888-706-1173

*[Additional counsel listed on signature page]*

Attorneys for Defendant
HON HAI PRECISION INDUSTRY CO., LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICROSOFT CORPORATION and MICROSOFT LICENSING, GP,**<br><br>*Plaintiffs and Counterclaim-Defendants,*<br><br>v. | Case No. 5:19-cv-01279-LHK<br><br>**JOINT STIPULATION OF DISMISSAL** |

| | |
|---|---|
| 1 | |
| 2 | **HON HAI PRECISION INDUSTRY CO., LTD., trading as FOXCONN TECHNOLOGY GROUP,** |
| 3 | |
| 4 | *Defendant and Counterclaim-Plaintiff.* |

WHEREAS, on March 8, 2019, Microsoft Corporation and Microsoft Licensing, GP ("Microsoft") commenced this action by the filing of the Complaint (ECF No. 1), asserting a single claim for breach of contract against Hon Hai Precision Industry Co., Ltd. ("Hon Hai");

WHEREAS, on March 23, 2020, Hon Hai filed its Amended Answer to Complaint and Counterclaims (ECF No. 190), asserting counterclaims for breach of the implied covenant of good faith and fair dealing, fraud, and negligent misrepresentation against Microsoft; and

WHEREAS, the parties have reached a mutually agreeable settlement to resolve all claims and counterclaims raised in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Microsoft and Hon Hai, through their undersigned counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c) and the terms of the settlement agreement between the parties, that the above-captioned action, including each and every claim or counterclaim asserted herein, is hereby dismissed with prejudice, with each party to bear its own fees and costs.

Dated: August 31, 2020

Respectfully submitted,

DECHERT LLP

By:  *S. Michael Song*
S. Michael Song (State Bar No. 198656)
michael.song@dechert.com
Ryan T. Banks (State Bar No. 318171)
ryan.banks@dechert.com
DECHERT LLP
3000 El Camino Real, Suite 650
Palo Alto, CA 94306
Telephone:   +1 650 813 4800
Facsimile:   +1 650 813 4848

Martin J. Black (*pro hac vice*)
martin.black@dechert.com
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Telephone:   +1 215 994 4000
Facsimile:   +1 215 994 2222

Paul Curran Kingsbery (*pro hac vice*)
paul.kingsbery@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone:   +1 212 698 3500
Facsimile:   +1 212 698 3599

Attorneys for Plaintiffs
MICROSOFT CORPORATION
and MICROSOFT LICENSING, GP

MEI & MARK LLP


By:  *P. Andrew Riley*

P. Andrew Riley (*pro hac vice*)
ariley@meimark.com
Lei Mei (State Bar No. 240104)
mei@meimark.com
Edward J. Naidich (*pro hac vice*)
enaidich@meimark.com
Laurence Sandell (State Bar No. 262186)
lsandell@meimark.com
Jeffrey M. Pearson (*pro hac vice*)
jpearson@meimark.com
P.O. Box 65981
Washington, DC 20035-5981

Telephone:    888-860-5678
Facsimile:    888-706-1173
Manni Li (State Bar No. 129820)
mli@meimark.com
MEI & MARK LLP
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210
Telephone: 888-860-5678 ext. 713
Facsimile: 310-564-2769

Attorneys for Defendant
HON HAI PRECISION INDUSTRY CO., LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____        _____
                                          United States District/Magistrate Judge